**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:  Darrell Lee Hodges, Junior v. Safeco Lloyds Insurance Company

Appellate case number:  01-13-00691-CV

Trial court case number:  2013-17765

Trial court:  281st District Court of Harris County

Date motion filed:  May 19, 2014

Party filing motion:  Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/ Sherry Radack_____
☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Huddle

Date: September 2, 2014